IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ERIC BLACK,

    Defendant.

Case No.  3:14cr096 (4)

JUDGE WALTER H. RICE

---

DECISION AND ENTRY SUSTAINING DEFENDANT'S MOTION TO RENEW MOTION TO REVOKE DETENTION ORDER, FILED PURSUANT TO 18 U.S.C. §3145(c)(3), BUT DECLINING TO ADMIT DEFENDANT TO BOND; REASONING SET FORTH

---

The motion of the Defendant, seeking an order of the Court to renew his motion to revoke detention order, filed pursuant to 18 U.S.C. §3145(c)(3), is SUSTAINED in part and OVERRULED in part.  Said motion is SUSTAINED to the extent that the Court will allow the renewal of the Defendant's motion to revoke detention order, but DENIED in that the Court will, after full consideration, decline to grant relief from the detention order and admit Defendant to bond.

In concluding that there exists no condition or combination of conditions such as would reasonably assure the appearance of the Defendant when required and the safety of any other person and the community, the Court sets forth the following:

    1.    Defendant committed the violent offense, and the underlying facts upon which said offense was based, while on state Post Release Control (parole) for two

counts of aggravated robbery with a deadly weapon, one count of improper handling of a firearm in a motor vehicle (loaded), discharge of a firearm on or near prohibited premises (creating a serious risk of physical harm) and aggravated burglary;

2. Defendant has many, many warrants, many of which are active, for failure to pay previously imposed traffic fines;

3. Defendant has a history of mental health issues for which his following a prescription medication regime has been sporadic; and,

4. Defendant has a history of substance abuse.

December 15, 2015

*(signature)*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record