IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA :

          Plaintiff, :   Case No. 3:14-CR-096(4)

-Vs- :

:

Black, Eric

          Defendant.

## MODIFICATION OF ORDER SETTING CONDITIONS OF RELEASE

The Court ORDERS the conditions of release filed in this case on December 21, 2016, be modified to include the following condition: While participating in the home confinement program through electronic monitoring under the direction of the U.S. pretrial Services Office, the defendant will be placed on a daily curfew restricting the defendant to his residence every day from 7:00 pm until 7:00 am as directed by U.S. Pretrial Services Office.

SO ORDERED.

4-5-17
Date

Honorable Walter H. Rice
United States District Court Judge

Copy to:
Defendant/Defense counsel
U.S. Attorney Office
US Pretrial Services Office