UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3: 14 CR 96 (4) |
| Plaintiff | : | |
| -VS- | : | **Judge Walter H. Rice** |
| **ERIC BLACK** | : | |
| Defendant | : | |

**ORDER FOR PAYMENT OF EXCESS FEES**

Upon Motion of Counsel for Excess Fees and for Good Cause Shown, It is Hereby ORDERED that the services rendered by Attorney Antony A. Abboud, in the amount of $16,508.70, are fair and reasonable, and Shall be granted as extraordinary fees.

**SO ORDERED.**

_____
Judge Walter H. Rice