SDOH, 7/03

## PAYMENT SCHEDULE FOR COURT-ORDERED MONETARY PENALTIES

Eric Black                                  Docket #:    3:14CR096-04

You have been ordered by the United States District Court to pay a special assessment of $ 100 , restitution of $ 6,382.40 , and a fine of $ 0 , as a condition of your probation.

**Probation Officer's Recommendation:**

It is the recommendation of the Probation Officer that the court order a payment schedule in the amount of $20 per month, commencing March 2018.   This is based on the following analysis of your ability to pay:

_____          2/14/18_____
U. S. Probation Officer                                   Date

*********************************************************************************

**Order of the Court:** The Court orders minimum monthly payments of $ 20.00 to commence on March 2018 and to continue until the debt is satisfied or the Court alters the payment schedule.

_____          3-15-18_____
Signature of Judicial Officer                              Date